## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

**Katie Johnson and Jessica Busby,**
Plaintiffs,

v.

**Abacus Capital Group, LLC, et al.,**
Defendants.

Case No. **25-cv-00219-NYW-TPO**

# PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Katie Johnson and Jessica Busby, proceeding pro se, respectfully move for leave to file a Second Amended Complaint pursuant to **Fed. R. Civ. P. 15(a)(2)** and **D.C.COLO.LCivR 15.1(b)**.

## 1. Procedural Background

On January 21, 2026, the Court held a status conference and issued an order granting Plaintiffs' Motion for Clarification and providing guidance regarding any proposed amendment. The Court advised that any motion for leave to amend should **narrow claims, allegations, and parties**, comply with **Fed. R. Civ. P. 8**, and **specifically address the actions of each Defendant**, rather than employing group pleading.

## 2. Basis for Amendment

Plaintiffs seek leave to amend in good faith and in direct response to the Court's guidance. The proposed Second Amended Complaint:

- Narrows the claims asserted;
- Narrows the defendants named in each claim;

- Eliminates collective "group pleading";
- Aligns the allegations with Rule 8's requirement of short and plain statements; and
- Clarifies the factual basis for each cause of action as to each Defendant.

The proposed amendment does **not** seek to expand the scope of the case and will not prejudice Defendants.

## 3. Compliance with Local Rule 15.1(b)

Pursuant to **D.C.COLO.LCivR 15.1(b)**, Plaintiffs attach as **Exhibit A** a proposed Second Amended Complaint that is **redlined** to show all changes from the currently operative complaint, using Microsoft Word Track Changes.

## 4. Consent of Co-Plaintiff Katie Johnson

Plaintiff Jessica Busby files this motion **on behalf of herself and with the consent of co-Plaintiff Katie Johnson**, who is currently outside the United States. Ms. Johnson has authorized this filing and intends to proceed jointly in this action.

## 5. Rule 15 Standard

Rule 15(a)(2) provides that leave to amend should be freely given when justice so requires. Plaintiffs' proposed amendment is timely, made in good faith, and consistent with the Court's express guidance.

## WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file the proposed Second Amended Complaint.

Respectfully submitted February 4, 2026.

**Jessica Busby**
Plaintiff, Pro Se